# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * *    *
ADANE KEBEDE,                  *
                               *
              Plaintiff,       *
        v.                     *    No. 19-1511C
                               *    Filed: October 2, 2019
UNITED STATES,                 *
                               *
              Defendant.       *
                               *
* * * * * * * * * * * * * *    *
```

## O R D E R

On September 30, 2019, plaintiff Adane Kebede filed a pro se complaint in this court. Plaintiff submitted the complaint to the court without paying the requisite filing fee or submitting a completed application to proceed in forma pauperis. As a result of this failure, the above-captioned case is **DISMISSED**, without prejudice.

Separate from the failure to pay the filing fee or submit an application to proceed in forma pauperis, the court notes that, based on a preliminary review of the plaintiff's allegations of medical damages in the amount of $10,000,000.00 and "Physical, Psychological and Emotional continuing suffering," it appears that the United States Court of Federal Claims does not have jurisdiction to review plaintiff's claims.

**IT IS SO ORDERED**.

**MARIAN BLANK HORN**
**Judge**